UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN Re: §
§
§ NO: SA:09-M-00786(1)
**(1) Ernest Bustos** § (Oregon NO: 3:01-cv-1283-PA)
§

## ORDER AMENDING CONDITIONS OF RELEASE

The matter before the Court is the status of compliance of Ernest Bustos with Orders entered in the District of Oregon case number 3:01-cv-1283-PA. Also before the Court is the Order Setting Conditions of Release entered by this Court on August 28, 2009.

Ernest Bustos appeared before Judge Owen M. Panner, United States District Judge for the District of Oregon, on September 14, 2009 -- not on September 8, 2009 as directed in the Order Setting Conditions of Release. Mr. Bustos has not provided all documents as he has been repeatedly directed by Judge Panner. (**See** Orders of December 18, 2008, September 17, 2009 and October 7, 2009, Nos. 798, 938 and 945, in Oregon case 3:01-cv-1283-PA.) Further, Mr. Bustos has yet to testify under oath as directed by Judge Panner; nor has he provided the accounting as directed by Judge Panner. (**See** Order of August 27, 2009, no. 927, in 3:01-cv-1283-PA.) Mr. Bustos has not purged himself of the contempt of court.

In the interests of justice, the Order Setting Conditions of Release, entered by this Court on August 28, 2009, is **AMENDED** to clarify that Ernest Bustos is directed to comply with all conditions of release previously imposed by this Court, including condition 7(a), until

Judge Panner, by written Order, notifies this Court that Mr. Bustos has satisfied all obligations and purged himself of contempt.

**SIGNED** on October 15, 2009.

_____
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE