UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN Re: § §
§   NO:  SA:09-M -00786(1)
**(1) ERNEST BUSTOS,** §   (Oregon NO: 3:01-cv-1283-PA)
§
§

## ORDER DENYING MOTION TO RELEASE (Docket entry 19)

The matter before the Court is the motion to release defendant from unsecured appearance bond filed by Ernest Bustos (docket entry 19).

Movant was arrested on a warrant from the District of Oregon in this district in August 2009.  This Court entered an Order Setting Conditions of Release on August 28, 2009.  In October 2009 Bustos filed motions to dismiss in this district asking that the August release Order be dismissed.  Those motions were denied and Bustos was advised that until such time as he "purges himself of contempt and Judge Panner notifies this Court by written Order that Mr. Bustos has satisfied his outstanding obligations, he remains subject to the conditions set out in the Order."

Bustos's current motion references a dismissal of the contempt of court proceeding in August 2010.  Court records do not reflect a dismissal of the contempt of court proceeding.  In fact, in docket entry 987 in the Oregon case (3:01-cv-1283-PA) the SEC states that Bustos has not produced documents which he was directed to produce.

Accordingly, the motion to release is ORDERED DENIED.

**SIGNED** on November 23, 2010.

_____
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE